tion by William J. Berghen against Charles G. Purdy and another. No opinion. Judgment and order affirmed, with costs.

BERNSTEIN et al., Appellants, v. LAMKAY et al., Respondents. (Supreme Court, Appellate Term. April 16, 1900.) Action by Samuel Bernstein and another against Jacob Lamkay and another. From a judgment in favor of defendants, plaintiffs appeal. Affirmed. Leon Sanders, for appellants. Charles C. Levenson, for respondents.

PER CURIAM. This action was brought to recover the purchase price of certain goods alleged to have been sold by the plaintiff to the defendant. The defendant denied the sale, insisting that the goods were sample goods, and delivered as such pursuant to agreement. The defendant tendered a return of same, which plaintiff refused to accept. This was the question of fact litigated in the court below, and, as the judgment rendered for the defendant is amply sustained by the evidence, it should be affirmed. Judgment affirmed, with costs.

In re BIGELOW et al. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) In the matter of the application of Martha A. Bigelow and C. Murray Bigelow. No opinion. Order affirmed, with $10 costs and disbursements.

BLACKWELL, Respondent, v. JACOBSON, Appellant. (Supreme Court. Appellate Division, Second Department. May 1, 1900.) Action by Marguerite A. Blackwell against Jacob Jacobson. No opinion. Judgment of the municipal court affirmed by default, with costs.

BLAKE, Appellant, v. BLAKE, Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Carrie F. Blake against Fred E. Blake. H. M. Stevenson, for appellant. J. J. Hassett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BLANK et al., Appellants, v. SPIES, Respondent. (Supreme Court, Appellate Term, May 1, 1900.) Action by William F. Blank and others against Henry Spies. From an order of general term retaxing costs (62 N. Y. Supp. 1039), plaintiffs appeal. Affirmed. Abraham Kling, for appellants. Malcolm R. Lawrence, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re BOARD OF EDUCATION. In re PRIMROSE. (Supreme Court, Appellate Division, First Department. May 18, 1900.) In the matter of the board of education. No opinion. Motion granted.

BOYLAN v. REILLY. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Patrick S. Boylan against John Reilly, impleaded. No opinion. Motion granted, with $10 costs.

BOYLE, Respondent, v. DEGNON-McLEAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department.

April 14, 1900.) Action by Bridget Boyle, as administratrix, etc., against the Degnon-McLean Construction Company. No opinion. Stay for proceedings continued for 10 days. See 63 N. Y. Supp. 1105.

BRANCH, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 12, 1900.) Action by Calvin G. Branch against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. Motion for leave to appeal to the court of appeals granted. See 57 N. Y. Supp. 344.

BRINK, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1900.) Action by Alfred Brink against the Erie Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 62 N. Y. Supp. 408.

BROWN, Respondent, v. CADY, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by George C. Brown, an infant, by guardian, against George S. Cady. No opinion. Judgment and order affirmed, with costs.

In re BUCKMAN'S ESTATE. (Supreme Court, Appellate Division, First Department. May 11, 1900.) In the matter of the estate of Ezra Buckman, deceased.

PER CURIAM. Motion so far granted as to direct the chamberlain to endeavor to procure a purchaser for the premises at the best possible price, and to report such proposed purchase, if obtained, to the court, with full particulars,—a hearing upon such report to be brought on upon notice to all parties interested in the premises, or in the moneys which were secured by the mortgage upon said premises, so that the court may make an order for the completion of such purchase, if it is deemed advisable.

BUEB, Respondent, v. GERATY et al., Appellants. (City Court of New York, General Term. May 28, 1900.) Action of replevin by Otto J. Bueb against Annie M. Geraty and Thomas Connery. From a judgment in favor of plaintiff, and from an order denying defendants' motion for a new trial on the minutes, defendants appeal. Affirmed. Edmund T. Oldham, for appellants. Edwin F. Stern, for respondent.

PER CURIAM. On a careful examination of the appeal book, and consideration of every point raised by appellants' brief, we do not find that any reversible error has been committed. Judgment and order appealed from is affirmed, with costs to respondent.

BUNDICK, Respondent, v. STRAUSS, Appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by William H. Bundick against Julius H. Strauss. No opinion. Judgment and order affirmed, with costs. All concur, except BARTLETT, J., who